AARON D. FORD
  Attorney General
KYLE L. HILL, (Bar No.16094)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-0429 (phone)
(702) 486-3768 (fax)
Email: khill@ag.nv.gov

*Attorneys for Defendants, John Henley, Robert Hartman, Chris Sawin, Adam Brendel, and Richard Ashcraft, State of Nevada, and Nevada Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES EDWARD SCOTT,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>　　　　　　Defendant. | Case No. 3:24-cv-00018-MMD-CLB<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br>**[Second Request]** |

Defendants, John Henley, Robert Hartman, Chris Sawin, Adam Brendel, and Richard Ashcraft, State of Nevada, and Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Kyle L. Hill, Deputy Attorney General, hereby move this Court for an extension of time to file a Motion for Summary Judgment. This is the second request to extend the subject deadline.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.     FACTUAL ANALYSIS**

This is a *pro se* prisoner 42 U.S.C. § 1983 civil rights claim brought by offender, James Scott (Scott). On December 18, 2024, this Court entered a scheduling order with a

///

discovery deadline of June 16, 2025, and a dispositive motion deadline of July 16, 2025. ECF No. 30 at 6:10-24. On July 14, 2025, Defendants filed their First Motion to Extend Time due to an increase in deadlines from other cases and being required to take on the workload of another Deputy Attorney General who has fallen ill. ECF No. 36. This Court granted Defendants' first request for an extension on the same day. ECF No. 37.

## II.  ARGUMENT

Defense counsel respectfully requests an additional thirty (30) day extension of time to file Defendants' dispositive motion from the current deadline of August 15, 2025, until September 15, 2025.

Defense counsel has been diligently working on this matter. However, due to a brief medical emergency defense counsel recently suffered from, which has contributed to a backlog in cases defense counsel must work on, on top of the continued increase in unexpected deadlines, including the need to work on another Deputy Attorney General's cases who has fallen ill, Defendants will not be able to meet the current August 15, 2025, dispositive motion deadline. As such, Defendants respectfully request an additional 30 days to file the dispositive motion in this matter.

### A.  Current Deadlines

| | |
|---|---|
| Dispositive Motion deadline: | August 15, 2025 |
| Joint Pretrial Order (if no dispositive motions filed): | September 15, 2025 |

### B.  Proposed Deadlines

| | |
|---|---|
| Dispositive Motion deadline: | September 15, 2025[1] |
| Joint Pretrial Order (if no dispositive motions filed): | October 15, 2025 |

### C.  Good Cause Supports this Request

Federal Rule of Civil Procedure 16(b) allows parties to request extensions of deadlines set in the Court's scheduling order. Good cause exists for the extension. LR 26-3. Counsel for Defendants needs additional time due to an unexpected medical episode and

---

[1] As the 30th day from August 15, 2025, lands on Sunday, September 14, 2025, the proposed deadline has been adjusted accordingly.

Page **2**

an increase in deadlines from other cases. Defendants assert that the requisite good cause is present to warrant the requested extension of time. This is the second request to extend the subject deadline, and barring any unanticipated emergencies, no further extensions will be necessary.

### III. CONCLUSION

Defendants respectfully request this Court extend the deadline for dispositive motion in this matter. Defendants assert the requisite good cause is present to warrant an extension of time. Therefore, Defendants request additional time, up until **September 15, 2025**, to file dispositive motions in this matter.

DATED this 13th day of August, 2025.

AARON D. FORD
Attorney General

By: */s/ Kyle L. Hill*
KYLE L. HILL, Bar No. 16094
Deputy Attorney General

*Attorneys for Defendants*

**IT IS SO ORDERED.**

**DATED:** August 14, 2025

_____
UNITED STATES MAGISTRATE JUDGE

Page **3**