# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES EDWARD SCOTT, III,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et. al,*<br><br>Defendants. | Case No. 3:24-CV-00018-MMD-CLB<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME**<br><br>[ECF No. 40] |

Currently pending before the Court is the Defendants' motion to extend time to file dispositive motions and file the joint pretrial order. (ECF No. 40.) For good cause appearing, the Court grants the motion to extend time. The filing deadlines in this case are now as follows:

| | |
|---|---|
| Dispositive Motion Deadline | **October 15, 2025** |
| Joint Pretrial Order Deadline (or 30 days following the entry of the court's ruling on a dispositive motion) | **November 14, 2025** |

**IT IS SO ORDERED**.

DATED: September 15, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**