UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES EDWARD SCOTT, III,<br><br>                              Plaintiff,<br>       v.<br><br>Nevada Department of Corrections, *et al.*,<br><br>                              Defendants. | Case No. 3:24-cv-00018-MMD-CLB<br><br>ORDER |

Pro se Plaintiff James Edward Scott, III was formerly an inmate in the custody of the Nevada Department of Corrections and brings this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is the Report and Recommendation (ECF No. 58 ("R&R")) of United States Magistrate Judge Carla L. Baldwin, recommending that the Court dismiss this action with prejudice and close this case. Scott had until December 22, 2025 to object to the R&R. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Baldwin recommends dismissing this action with prejudice and closing this case because Scott moved to Gainesville, Florida and has not updated his address in this case, though the Court ordered Scott to update his address. (ECF Nos. 58 at 1; 56 at 3-4.) To date, Scott has not filed a response to Judge Baldwin's R&R, nor has he filed an updated address with the Court. The Court will adopt Judge Baldwin's R&R but will dismiss without prejudice.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 58) is accepted and adopted.

It is further ordered that this action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 6th Day of January 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE