**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| JAMES EDWARD SCOTT, III, | Case No. 3:24-CV-00018-MMD-CLB |
| Plaintiff, | |
| v. | **AMENDED ORDER DENYING PLAINTIFF'S MOTION TO WAIVE PACER FEES** |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | [ECF No. 62] |

Currently pending before the Court is Plaintiff James Edward Scott's ("Scott") motion requesting waiver of all Pacer fees. (ECF No. 62.) Scott's motion is improper, however, because on January 7, 2026, the Court entered judgment dismissing and closing Scott's case. (ECF No. 61.) Accordingly, Scott's motion is **DENIED**. The Clerk of Court is directed to return as unfiled any further documents received except for a notice of appeal or a motion pursuant to Federal Rule of Civil Procedure 60.

**IT IS SO ORDERED**

**DATED**: ___January 23, 2026___

_____
**UNITED STATES MAGISTRATE JUDGE**